THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY ISBELL, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

STEVE MADDEN, LTD.,

Defendant.

Case No. 2:26-cv-01348

**DECLARATION OF ERIKA O'SULLIVAN IN SUPPORT OF DEFENDANT STEVEN MADDEN, LTD.'S MOTION TO DISMISS**

I, Erika O'Sullivan, declare as follows:

1.      I am an attorney with Ballard Spahr LLP, attorneys of record for Defendant Steve Madden, LTD. I have personal knowledge of the facts set forth herein. I make this declaration based in support of Defendants Motion to Dismiss.

2.      On or about May 5, 2026, my colleagues at Ballard Spahr engaged in a Rule 26(f) call with Plaintiff's counsel and correspondence with Plaintiff's counsel regarding an extension to respond to Plaintiff's complaint.

3.      On May 27, 2026, I meet and conferred with Plaintiff's counsel Nathan Martin of Straunch, Jennings & Garvey PLLC.

4.      On our call, Mr. Martin and I discussed Defendant's position that Plaintiff's complaint fails to plausibly state a CEMA claim or a CPA claim and that if agreement could not be reached, Defendant intended to file a Motion to Dismiss.

5.      Mr. Martin and I discussed the substance of Defendant's position, including

DECLARATION OF ERIKA O'SULLIVAN IN
SUPPORT OF DEFENDANT STEVEN MADDEN,
LTD.'S MOTION TO DISMISS – 1
Case No. 2:26-cv-01348

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

specific arguments regarding Plaintiff's deficient pleadings and Defendant's arguments regarding federal preemption of Plaintiff's CEMA claim. Mr. Martin confirmed that Plaintiff did not intend to withdraw or amend her complaint.

6.     Parties met and conferred but were unable to reach a resolution to avoid the need for motion practice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of May, 2026, at Seattle, Washington.

/s/ Erika O'Sullivan
Erika O'Sullivan, WSBA No. 57556

DECLARATION OF ERIKA O'SULLIVAN IN
SUPPORT OF DEFENDANT STEVEN MADDEN,
LTD.'S MOTION TO DISMISS – 2
Case No. 2:26-cv-01348

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107